**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. JFM-10-0344 |
| | * | Civil No. JFM-16-2409 |
| | * | |
| MICHAEL BROWN | * | |
| | ****** | |

**MEMORANDUM**

Michael Brown has filed this action under 28 U.S.C. §2255 on *Johnson* grounds.

Brown's motion will be denied.  *Johnson v. United States*, 135 S.Ct. 2551 (2015) invalidated the

residual clause of the Armed Career Criminal Act definition for "violent felonies."  Brown was

deemed to be an armed career criminal not because of prior felony offenses but because he had at

least three prior serious drug offenses.

A separate order denying Brown's motion is being entered herewith.

Date:   August 29, 2016                            ___/s/_____
                                                              J. Frederick Motz
                                                              United States District Judge